IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 4:10-cv-00010-D

MARK WOOLARD,
Plaintiff(s),

vs

PCS PHOSPHATE, INC, et al
Defendant(s).

## ORDER

This matter comes before the Court following the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice, prior to the service by any Defendant of an answer or motion for summary judgment, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i). Based upon such filing, it appears to the Court that the issues raised by the Motions to Dismiss filed by various Defendants are moot, that nothing remains for this Court to address in this matter, and that this case should be closed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that this case is now Dismissed Without Prejudice and that the Clerk close the file.

SO ORDERED

This, the __7__ day of June, 2010.

_____
United States District Judge